BRUCE C. YOUNG, ESQ., Bar #5560
CORY G. WALKER, ESQ., Bar #12121
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
GSL PROPERTIES, INC.

DORIS NEHME-TOMALKA, ESQ., Bar #6431
NEHME-TOMALKA & ASSOCIATES
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
702-240-5280
702-240-5380 (facsimile)

Attorneys for Plaintiff
JEFF DRABE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFF DRABE, an individual,

          Plaintiff,

vs.

GSL PROPERTIES, INC., a Nevada Corporation,

          Defendant.

Case No. 2:10-cv-02188-PMP-GWF

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

    Defendant GSL PROPERTIES, INC. and Plaintiff JEFF DRABE, by and through their undersigned counsel, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

    Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

1  This matter has not been scheduled for trial.

2  Dated: October 13th, 2011                    Dated: October 13, 2011

4  Respectfully submitted,                     Respectfully submitted,

6  _____                      _____
   DORIS NEHME-TOMALKA, ESQ.                   BRUCE C. YOUNG, ESQ.
7  NEHME-TOMALKA & ASSOCIATES                  CORY G. WALKER, ESQ.
   2620 Regatta Drive, Suite 102               LITTLER MENDELSON
8  Las Vegas, Nevada 89128                     3960 Howard Hughes Parkway, Suite 300
   702-240-5280                                Las Vegas, Nevada 89169
9  702-240-5380 (facsimile)                    702-860-8800
                                               702-860-8811 (facsimile)

   Attorneys for Plaintiff                     Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated this 18th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:104530082.1 054392.1009

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800