1  BRUCE C. YOUNG, ESQ., Bar #5560
   CORY G. WALKER, ESQ., Bar #12121
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant
   GSL PROPERTIES, INC.
6
   DORIS NEHME-TOMALKA, ESQ., Bar #6431
7  NEHME-TOMALKA & ASSOCIATES
   2620 Regatta Drive, Suite 102
8  Las Vegas, Nevada 89128
   702-240-5280
9  702-240-5380 (facsimile)

10 Attorneys for Plaintiff
   JEFF DRABE
11

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


| JEFF DRABE, an individual, | Case No. 2:10-cv-02188-PMP-GWF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| GSL PROPERTIES, INC., a Nevada Corporation, | |
| Defendant. | |

  Defendant GSL PROPERTIES, INC. and Plaintiff JEFF DRABE, by and through their undersigned counsel, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

///

///

///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

1  This matter has not been scheduled for trial.

2  Dated: October 13th, 2011                    Dated: October 13, 2011

3

4  Respectfully submitted,                      Respectfully submitted,

5

6  _____               _____
   DORIS NEHME-TOMALKA, ESQ.                    BRUCE C. YOUNG, ESQ.
7  NEHME-TOMALKA & ASSOCIATES                   CORY G. WALKER, ESQ.
   2620 Regatta Drive, Suite 102                LITTLER MENDELSON
8  Las Vegas, Nevada 89128                      3960 Howard Hughes Parkway, Suite 300
   702-240-5280                                 Las Vegas, Nevada 89169
9  702-240-5380 (facsimile)                     702-860-8800
                                                702-860-8811 (facsimile)
10
   Attorneys for Plaintiff                      Attorneys for Defendant
11

12
                                    **ORDER**
13

14  IT IS SO ORDERED.

15
    Dated this _ 18th day of October, 2011.
16

17                                      _____
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26  Firmwide:104530082.1 054392.1009
27

28

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.